# IN THE SUPREME COURT OF PENNSYLVANIA

IN RE: ASSIGNMENT OF JUDGE   :   No. 387 Judicial Classification Docket
WRENNA WATSON OF THE COURT OF  :
COMMON PLEAS OF THE FIFTH      :
JUDICIAL DISTRICT OF PENNSYLVANIA  :
TO FAMILY DIVISION – ADULT      :
SECTION

## ORDER

**PER CURIAM**

**AND NOW**, this 27th day of March, 2024, upon consideration of the Petition of the Honorable Susan Evashavik DiLucente, President Judge of the Court of Common Pleas of the Fifth Judicial District of Pennsylvania, for the permanent assignment of the Honorable Wrenna Watson to the Family Division – Adult Section of the Court of Common Pleas of the Fifth Judicial District of Pennsylvania, said Petition is **GRANTED** and the requested assignment is approved.